J-S59005-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DESMOND JANQDHARI, | : | |
| | : | |
| Appellant | : | No. 2762 EDA 2018 |

Appeal from the Judgment of Sentence Entered April 11, 2018
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s): CP-51-CR-0003047-2014

BEFORE: LAZARUS, J., NICHOLS, J., and McLAUGHLIN, J.

CONCURRING MEMORANDUM BY McLAUGHLIN, J.:

**FILED DECEMBER 30, 2019**

I respectfully concur in the result. Desmond Janqdhari's Pa.R.A.P. 2119(f) statement asks us to grant review of whether the imposition of consecutive sentences resulted in an aggregate sentence that was "unduly harsh, considering the . . . length of imprisonment." Janqdhari's Br. at 26 (quoting **Commonwealth v. Lamonda**, 52 A.3d 365, 372 (Pa.Super. 2012)). I conclude that this states a substantial question, pursuant to **Lamonda**. I nonetheless concur in the result, as I perceive no abuse of discretion in the imposition of consecutive sentences in this case.